IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA HARRIS<br><br>Plaintiff,<br><br>v.<br><br>THE ROYAK GROUP, INC. and PATRICIA ROYAK<br><br>Defendants | Civil Action No. 1:17-cv-00084-JKL |

## ORDER

This Court, having read the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "Motion") [Doc. 26], and for good cause shown; **IT IS HEREBY ORDERED** that the proposed Settlement Agreement attached as Exhibit "A" to the Motion is **APPROVED**, and the Motion is **GRANTED**. Plaintiff's claims against Defendants are **HEREBY** dismissed with prejudice. Except as otherwise stated in the Settlement Agreement, the parties shall bear their own costs and attorney's fees in this action.

SO ORDERED this the 14th day of August, 2017.

_____
Honorable John K. Larkins, III
United States Magistrate Judge